UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTISHA HOLDEN,<br>　　　　Plaintiff,<br>　　v.<br>TARGET CORPORATION,<br>　　　　Defendant. | Case No. 16-cv-02217-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 3 |

　　Before the Court is Defendant's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure Rule 12(b)(6). ECF No. 3. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for June 30, 2016, is hereby vacated.

　　IT IS SO ORDERED.

Dated: June 20, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge