UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTISHA HOLDEN,<br><br>        Plaintiff,<br><br>   v.<br><br>TARGET CORPORATION,<br><br>        Defendant. | Case No. 16-cv-02217-JST<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: ECF No. 24 |

Plaintiff Curtisha Holden failed to appear at the case management conference on September 29, 2016 as ordered. ECF No. 24. The Defendant filed a case management conference statement and appeared at that proceeding in compliance with the Court's orders. ECF No. 23. The Court notes that Ms. Holden also failed to participate in the ADR Phone Conference conducted on July 22, 2016.

Plaintiff is now ORDERED TO SHOW CAUSE why sanctions should not be imposed against her for failure to comply with the Court's orders. The hearing on the order to show cause will be held on November 16, 2016 at 2:00 p.m.[1] If plaintiff fails to appear, the Court will conclude that Plaintiff has abandoned her case and will dismiss the case for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 3, 2016

_____
JON S. TIGAR
United States District Judge

---

[1] At the most recent Case Management Conference, the Court set the Order To Show Cause hearing for October 19, 2016. Upon reflection, the Court concludes that this gives Plaintiff too little time.